UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JAN 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-CR-05-REW

MARVIN C. NORRIS

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 922(g)

On or about October 24, 2024, in Pulaski County, in the Eastern District of Kentucky,

**MARVIN C. NORRIS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a SCCY Industries, model CPX-2, 9mm semi-automatic pistol with serial number C070505 and a New England Firearms 12-gauge sawed-off shotgun with serial number NK240028, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 2
## 26 U.S.C. § 5861(d)

On or about October 24, 2024, in Pulaski County, in the Eastern District of Kentucky,

### MARVIN C. NORRIS

knowingly possessed a firearm, to wit: a New England Firearms 12-gauge shotgun with serial number NK240028, having a barrel of less than 18 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. § 5861(d).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)(1)
## 26 U.S.C. § 5872
## 28 U.S.C. § 2461

In committing the offenses alleged in this Indictment, which are punishable by imprisonment for more than one year, the below-listed firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461:

**FIREARMS AND AMMUNITION:**

1. SCCY Industries, model CPX-2, 9mm semi-automatic pistol with serial number C070505, seized from Marvin C. Norris on October 24, 2024;
2. New England Firearms 12-gauge shotgun with serial number NK240028, seized from Marvin C. Norris on October 24, 2024; and
3. All associated ammunition.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **MARVIN C. NORRIS,** has in the above-described property is vested in

and forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. §2461.

A TRUE BILL

███████████████

FOREPERSON

_/s/ Carlton S. Shier, IV_
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:** Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 2:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.